IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01694–EWN–BNB

ROBERT GILSTRAP,

    Petitioner,

v.

R. WILEY, Warden,

    Respondent.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed June 19, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. The Order to Show Cause (#9) issued September 8, 2006 is DISCHARGED.

    3. The Application for a Writ of Habeas Corpus (#2) is DENIED without prejudice.

DATED this 18th day of July, 2008.

                BY THE COURT:

                <u>s/ Edward W. Nottingham</u>
                EDWARD W. NOTTINGHAM
                Chief United States District Judge